JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR ANDREW ANDRADE,<br><br>                    Petitioner,<br><br>    v.<br><br>DEBBIE ASUNCION, et al.<br><br>                    Respondents. | Case No. 2:18-cv-00553-SSS-MAR<br><br>**JUDGMENT** |

   Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

DATED: August 28, 2023

_____
SUNSHINE S. SYKES
United States District Judge

-1-